1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JEFF FARR,                              )      Case No. CV 08-346-VBF  (OP)
                                        )
                                        )      ORDER ADOPTING FINDINGS,
                     Petitioner,        )      CONCLUSIONS, AND
                                        )      RECOMMENDATIONS OF
          vs.                           )      UNITED STATES MAGISTRATE
                                        )      JUDGE
LINDA SANDERS, Warden,                  )
                                        )
                     Respondent.        )
_____ )

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the
records and files herein, and the Report and Recommendation of the United States
Magistrate Judge.  The Court concurs with and adopts the findings, conclusions, and
recommendations of the Magistrate Judge.

/ / /

/ / /

/ / /

1
2
3
4

IT IS ORDERED that Judgment be entered: (1) approving and adopting this Report and Recommendation; (2) granting Respondent's Motion to Dismiss for failure to exhaust administrative remedies; and (3) directing that Judgment be entered dismissing this action without prejudice.

5
6
7
8

DATED: January 12, 2009

HON. VALERIE BAKER FAIRBANK
United States District Judge

9
10

Prepared by:

11
12
13

HONORABLE OSWALD PARADA
United States Magistrate Judge

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28