UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEFF FARR, | ) | Case No. CV 08-346-VBF (OP) |
| | ) | |
| | ) | J U D G M E N T |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| LINDA SANDERS, Warden, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

/ / /

/ / /

/ / /

1  IT IS ADJUDGED that Judgment be entered: (1) approving and adopting this Report and Recommendation; (2) granting Respondent's Motion to Dismiss for failure to exhaust administrative remedies; and (3) directing that Judgment be entered dismissing this action without prejudice.

DATED: January 12, 2009

_____
HON. VALERIE BAKER FAIRBANK
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge